UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE,
Plaintiff,

v.

UNIVERSITY OF CHICAGO et al,
Defendants.

CASE NO. 2:26-cv-02086-TL

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On June 10, 2026, Plaintiff Jane Doe filed a proposed complaint. Dkt. No. 1. On June 15, 2026, the clerk issued a notice of filing deficiency, notifying Plaintiff that she needed to submit an application to proceed in forma pauperis ("IFP"), needed to submit a civil cover sheet, and that Plaintiff's complaint included an improper signature. Dkt. No. 2. The clerk gave Plaintiff until July 15, 2026, to correct the IFP deficiency. Dkt. No. 2. Additionally, the clerk provided Plaintiff with a copy of the page Plaintiff needed to sign and requested the signed document be returned to the clerk's office by June 29, 2026. *Id*. In order to proceed with a lawsuit in this Court, Local Civil Rule ("LCR") 3 requires a petitioner to

either pay the filing fee or file a petition to proceed IFP. *See* LCR 3(b), (c). At the time of this Order, Plaintiff has neither paid the filing fee nor filed any additional documents to the docket in support of a request to proceed IFP without paying the filing fee.

Accordingly, the Court ORDERS as follows:

(1) Petitioner must SHOW CAUSE by **September 11, 2026**, why this matter should not be dismissed for failure to prosecute and failure to comply with a court order. Petitioner may respond to this portion of the Court's Order by either filing the appropriate form and information needed to proceed in forma pauperis or paying the filing fee.

(2) Further, Petitioner SHALL submit a civil cover sheet and file a praecipe[1] to her proposed complaint with the correct signature in accordance with the Local Civil Rules and Federal Rules of Civil Procedure. *See* LCR 11; Fed. R. Civ. P. 11.

Dated this 28th day of August, 2026.

Tana Lin
United States District Judge

[1] The Local Civil Rules describe a praecipe as follows:

> Parties are expected to file accurate, complete documents, and the failure to do so may result in the court's refusal to consider later filed corrections or additions to the record. In the event that an error is discovered, a party should file, as promptly as possible, a praecipe requesting that the court consider a corrected document, which must be filed as an attachment to the praecipe. The praecipe must specify by docket number the document being corrected and the corrections by page and line number. If the party seeks to add an additional document in support of a previous filing, the praecipe must set forth why the document was not included with the original filing and reference the original filing by docket number.

LCR 7(m).